**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

CAPSON PHYSICIANS INSURANCE COMPANY                                    PLAINTIFF

v.                                         No. 3:13CV00157 JLH

MMIC INSURANCE, INC.                                                   DEFENDANT

## ORDER

The motions for admission to appear *pro hac vice* of R. Brent Cooper and Robin Donsky are

GRANTED.  Documents #2, #3.  R. Brent Cooper and Robin Donsky are hereby admitted to appear

before this Court as co-counsel for the plaintiff in this action.

IT IS SO ORDERED this 24th day of June, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE