### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

CAPSON PHYSICIANS INSURANCE COMPANY                                         PLAINTIFF

v.                                    No. 3:13CV00157 JLH

MMIC INSURANCE, INC.                                                        DEFENDANT

## ORDER

The motions for admission to appear *pro hac vice* of R. Brent Cooper and Robin Donsky are GRANTED. Documents #2, #3. R. Brent Cooper and Robin Donsky are hereby admitted to appear before this Court as co-counsel for the plaintiff in this action.

IT IS SO ORDERED this 24th day of June, 2013.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE