#### IN THE UNITED STATES DISTRICT COURT
#### EASTERN DISTRICT OF ARKANSAS
#### JONESBORO DIVISION

CAPSON PHYSICIANS INSURANCE                                                         PLAINTIFF
COMPANY

v.                                          NO.  3:13CV00157

MMIC INSURANCE, INC.                                                                 DEFENDANT

### ORDER

The law firm of Quattlebaum, Grooms, Tull & Burrow, PLLC appears on Judge Holmes's recusal list.  Bradley G. Dowler, of the Quattlebaum Firm, entered an appearance as counsel of record for defendant in this matter on August 9, 2013.  The Court directs the Clerk to assign this action to another judge.

Dated this 12th day of August, 2013.

                                                    AT THE DIRECTION OF THE COURT
                                                    JAMES W. McCORMACK, CLERK

                                                    BY: /s/ Cory Wilkins
                                                          Courtroom Deputy to
                                                          U.S. District Judge J. Leon Holmes