FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 29 2014

JAMES W. McCORMACK, CLERK
By: _____
        DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| CAPSON PHYSICIANS INSURANCE COMPANY | PLAINTIFF/ COUNTER DEFENDANT |
| v. No. 3:13-cv-157-DPM | |
| MMIC INSURANCE INC. | DEFENDANT/ COUNTER CLAIMANT |
| MMIC INSURANCE INC. | CROSS-CLAIMANT |
| v. | |
| DR. KARL J. HASIK; LILLIAN WILSON, Individually and as Special Administratrix for the Estate of J.A.W., deceased; SAMANTHA RAY, Individually and as next friend and guardian of A.L.R., a minor; DERECK RAY, Individually and as next friend and guardian of A.L.R., a minor; and DOE, A.L.R., a minor | CROSS-DEFENDANTS |

ORDER

Motion to quash, № 53, denied without prejudice. Follow the Court's Scheduling Order, № 49 at 3, on non-emergency discovery disputes.

So Ordered.


*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 August 2014