IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| CAPSON PHYSICIANS INSURANCE COMPANY | PLAINTIFF/ COUNTER DEFENDANT |

v.  No. 3:13-cv-157-DPM

| | |
|---|---|
| MMIC INSURANCE, INC. | DEFENDANT/ COUNTER CLAIMANT |
| MMIC INSURANCE, INC. | THIRD PARTY PLAINTIFF/ COUNTER DEFENDANT |

v.

| | |
|---|---|
| DR. KARL J. HASIK; LILLIAN WILSON, Individually and as Special Administratrix for the Estate of J.A.W., deceased; SAMANTHA RAY, Individually and as next friend and guardian of A.L.R., a minor; DERECK RAY, Individually and as next friend and guardian of A.L.R., a minor; and DOE, A.L.R., a minor | THIRD PARTY DEFENDANTS |
| DR. KARL J. HASIK | COUNTER CLAIMANT |
| CRAWFORD COUNTY MEMORIAL HOSPITAL | INTERVENOR |

ORDER

Joint report, № 155, noted and appreciated. The Court will proceed on the motions. This case is first out for trial on 15 June 2015. Because of

criminal matters the following the week, the Court has five days available for trial. No more. Counsel should tailor their proof accordingly. The Court will hold a pretrial in Courtroom 1A of the Richard Sheppard Arnold Courthouse in Little Rock, Arkansas on 19 May 2015 at 9:00 a.m. All Counsel who will try the case must attend in person.

    So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 April 2015