IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CAPSON PHYSICIANS
INSURANCE COMPANY                                      PLAINTIFF/
                                                       COUNTER DEFENDANT

v.                       No. 3:13-cv-157-DPM

MMIC INSURANCE, INC.                                   DEFENDANT/
                                                       COUNTER CLAIMANT

MMIC INSURANCE, INC.                                   THIRD PARTY PLAINTIFF/
                                                       COUNTER DEFENDANT

v.

DR. KARL J. HASIK; LILLIAN WILSON,
Individually and as Special Administratrix
for the Estate of J.A.W., deceased;
SAMANTHA RAY, Individually and
as next friend and guardian of A.L.R.,
a minor; DERECK RAY, Individually
and as next friend and guardian
of A.L.R., a minor;
and DOE, A.L.R., a minor                               THIRD PARTY DEFENDANTS

DR. KARL J. HASIK                                      COUNTER CLAIMANT

CRAWFORD COUNTY MEMORIAL
HOSPITAL                                               INTERVENOR

ORDER

1. The Court is making its way through the summary judgment papers. Oral argument would be helpful. We'll start there at the May 19th hearing.

Fifteen minutes per party. The Court modifies its Order, № 156: though everyone is welcome, only one lawyer per party needs to attend the hearing. We'll turn to trial-related issues after discussing the potentially dispositive motions.

**2.** The parties' notices listing the under seal filings are helpful. The Court requests an updated notice from each party that covers all its filings.

**3.** Given the many papers already received, trial briefs are optional, not required. Nothing already argued needs to be repeated. No responding trial briefs are needed.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 May 2015