IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CAPSON PHYSICIANS
INSURANCE COMPANY                                      PLAINTIFF/
                                              COUNTER DEFENDANT

v.                    No. 3:13-cv-157-DPM

MMIC INSURANCE, INC.                                   DEFENDANT/
                                               COUNTER CLAIMANT

MMIC INSURANCE, INC.                     THIRD PARTY PLAINTIFF/
                                              COUNTER DEFENDANT

v.

DR. KARL J. HASIK; LILLIAN WILSON,
Individually and as Special Administratrix
for the Estate of J.A.W., deceased;
SAMANTHA RAY, Individually and
as next friend and guardian of A.L.R.,
a minor; DERECK RAY, Individually
and as next friend and guardian
of A.L.R., a minor;
and DOE, A.L.R., a minor             THIRD PARTY DEFENDANTS

DR. KARL J. HASIK                              COUNTER CLAIMANT

CRAWFORD COUNTY MEMORIAL
HOSPITAL                                              INTERVENOR

ORDER

Pursuant to General Order 54, the Court authorizes BEVERLY

ROWLETT, WILLIAM MILLER, MEGAN FLYNN, BRENT COOPER,

ROBERT WITMEYER, PAULETTE SARP, CHRISTOPHER DOUGHERTY, STEVEN QUATTLEBAUM, AND TERESA ROBERTS to bring a cell phone, laptop computer, or personal digital assistant into the Richard Sheppard Arnold United States Courthouse in Little Rock on 19 May 2015 for the pretrial hearing in this case.

The following rules apply to this access.

- The devices mentioned may not be used to record, photograph, or film anyone or anything inside the courthouse.

- Cell phones and PDAs must be turned off and put away when in the courtroom.

- Wireless internet components of all electronic devices must be deactivated when in the courtroom.

- Only counsel, and support staff at counsel table, may use laptops in the courtroom.

- Before persons with electronic devices are granted entry into the courthouse, all devices must be examined by the United States Marshals Service or Court Security Personnel. This examination includes, but is not limited to, placing the device through the electronic screening machines and requiring the person possessing the device to turn the power to the device off and on.

- The United States Marshals Service may further restrict electronic devices from entering the building if a threat so requires.

A violation of these rules may result in seizure of the electronic devices, withdrawal of the privilege to bring an electronic device into the courthouse, or other sanctions. A violation of the prohibition on recording, photographing, or filming anyone or anything inside the courthouse may be punished as contempt of court.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

14 May 2015