IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CAPSON PHYSICIANS
INSURANCE COMPANY                              PLAINTIFF/
                                      COUNTER DEFENDANT

v.                     No. 3:13-cv-157-DPM

MMIC INSURANCE, INC.                           DEFENDANT/
                                       COUNTER CLAIMANT

MMIC INSURANCE, INC.              THIRD PARTY PLAINTIFF/
                                      COUNTER DEFENDANT
v.

DR. KARL J. HASIK; LILLIAN WILSON,
Individually and as Special Administratrix
for the Estate of J.A.W., deceased;
SAMANTHA RAY, Individually and
as next friend and guardian of A.L.R.,
a minor; DERECK RAY, Individually
and as next friend and guardian
of A.L.R., a minor;
and DOE, A.L.R., a minor          THIRD PARTY DEFENDANTS

DR. KARL J. HASIK                     COUNTER CLAIMANT

CRAWFORD COUNTY MEMORIAL
HOSPITAL                                       INTERVENOR


ORDER

1. The Scheduling Order, № 49, is suspended and the 15 June 2015

trial is cancelled.   All pending motions *in limine*, № 161, № 163, № 164,

& № *166*, are denied as moot.  The dispute regarding the Ray testimony,

№ *181*, is moot.

**2.** The Court will issue another Order soon confirming its rulings

on dispositive motions.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____19 May 2015_____