IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CAPSON PHYSICIANS
INSURANCE COMPANY                                          PLAINTIFF/
                                                 COUNTER DEFENDANT

v.                        No. 3:13-cv-157-DPM

MMIC INSURANCE, INC.                                        DEFENDANT/
                                                 COUNTER CLAIMANT

MMIC INSURANCE, INC.                           THIRD PARTY PLAINTIFF/
                                                 COUNTER DEFENDANT

v.

DR. KARL J. HASIK; LILLIAN WILSON,
Individually and as Special Administratrix
for the Estate of J.A.W., deceased;
SAMANTHA RAY, Individually and
as next friend and guardian of A.L.R.,
a minor; DERECK RAY, Individually
and as next friend and guardian
of A.L.R., a minor;
and DOE, A.L.R., a minor              THIRD PARTY DEFENDANTS

DR. KARL J. HASIK                              COUNTER CLAIMANT

CRAWFORD COUNTY MEMORIAL
HOSPITAL                                              INTERVENOR

ORDER

For the reasons stated on the record at the 19 May 2015 pretrial hearing, the Court confirms the following rulings on the pending

motions.

- The Rays' motion to adopt, № 123, and Wilson's motion to adopt, № 133, are granted.

- Capson's motion for summary judgment, № 119, is denied.

- Dr. Hasik's and Crawford County Memorial Hospital's motion for summary judgment, № 121, is denied. In a previous Order, the Court rejected Dr. Hasik's bad faith claim at the proposed-amendment stage without prejudice for failure to state a claim. № 90 at 2-3. Dr. Hasik's counterclaim for breach of contract, which was based in part on the implied covenant of good faith and fair dealing, fails on the merits and is dismissed with prejudice.

- MMIC's motion for summary judgment, № 117, is granted in part and denied in part.

The Court will enter a related Judgment.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

1 June 2015