IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| CAPSON PHYSICIANS INSURANCE COMPANY | PLAINTIFF/ COUNTER DEFENDANT |
| v.     No. 3:13-cv-157-DPM | |
| MMIC INSURANCE, INC. | DEFENDANT/ COUNTER CLAIMANT |
| MMIC INSURANCE, INC. | THIRD PARTY PLAINTIFF/ COUNTER DEFENDANT |
| v. | |
| DR. KARL J. HASIK; LILLIAN WILSON, Individually and as Special Administratrix for the Estate of J.A.W., deceased; SAMANTHA RAY, Individually and as next friend and guardian of A.L.R., a minor; DERECK RAY, Individually and as next friend and guardian of A.L.R., a minor; and DOE, A.L.R., a minor | THIRD PARTY DEFENDANTS |
| DR. KARL J. HASIK | COUNTER CLAIMANT |
| CRAWFORD COUNTY MEMORIAL HOSPITAL | INTERVENOR |

## ORDER

Unopposed motion, № 214, granted. Supersedeas amount approved. Bond due by 31 August 2015. Enforcement of that part of the

Judgment, № 199, awarding costs is stayed.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

10 August 2015